# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:  Patricia Glover          Date:  December 29, 2011
Court Reporter:    Paul Zuckerman
Interpreter:       Ruth Warner

Criminal Action No. 11-cr-00284-MSK

*Parties*:                                  *Counsel*:

UNITED STATES OF AMERICA,                   John Canedy

       Plaintiff,

v.

FERNANDO ARMENDAREZ-TAVEREZ,                Brandon Marinoff

       Defendant.

---

## ARRAIGNMENT AND CHANGE OF PLEA HEARING

---

**4:07 p.m.    Court in session.**

This hearing is continued from October 19, 2011.

Defendant present in custody.

Interpreter sworn.

Defendant is arraigned on Count 1 of the **Indictment**. Defendant pleads guilty to Count 1 of the **Indictment.**

Defendant sworn.

Defendant advised regarding:

    1)    The Plea Agreement;

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

      2)      The maximum and minimum penalties, terms and conditions of supervised release, restitution, probation and/or forfeiture;
      3)      The objectives and factors in 18 U.S.C. §3553(a).

The Court explains defendant's right to a trial by jury and other constitutional rights and confirms that the defendant desires to waive such rights.

Oral findings are made of record.

**ORDER:** Plea Agreement and Statement by Defendant in Advance of Plea of Guilty (and any translations thereof) are received**.**

**ORDER:** Defendant's plea is accepted and defendant is adjudged guilty as charged in **Count 1 of the Indictment.**

**ORDER:** Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32. Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as is practicable make arrangements to participate in the presentence investigation and shall cooperate fully with the probation department.

**ORDER:** Sentencing hearing is already set on **March 26, 2012 at 9:00 a.m.**, in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:** Defendant's Motion for Non-Guideline Sentence **(Doc. #16)** is **DENIED** as moot.

**ORDER:** Defendant is remanded to the custody of the United States Marshal through the sentencing hearing.

**4:44 p.m.**    **Court in recess.**

**Total Time:**   **37 minutes.**
**Hearing concluded.**